UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PALACIO VELLANOWETH,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM KNIPP,<br><br>Respondent. | No. 2:12-cv-0460 CKD P<br><br><br><br>ORDER |

Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254.  On March 14, 2012, the court stayed this action so that petitioner could exhaust state court remedies with respect to certain claims.  Petitioner informs the court that state court remedies have now been exhausted and requests an extension of time to file an amended petition. (ECF No. 5.)

Good cause appearing, IT IS HEREBY ORDERED that petitioner file his amended petition for writ of habeas corpus within 30 days.  Failure to file an amended petition within 30 days may result in dismissal.

Dated:  May 29, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vell0460.amp