IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT PALACIO VELLANOWETH,** | Case No. 2:12-cv-00460-CKD |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **WILLIAM KNIPP,** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, the court grants respondent's request for a sixty (60) day extension of time to and including November 19, 2013 to file a response in this matter.

Dated: September 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-00460-CKD)