1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT PALACIO VELLANOWETH,              No.  2:12-cv-0460 CKD P

12                   Petitioner,

13         v.                                 ORDER

14   WILLIAM KNIPP,

15                   Respondent.

16

17          After reviewing the briefing associated with respondent's pending motion to dismiss, the

18   court has determined the court requires the transcripts from petitioner's trial to resolve the

19   motion.  Good cause appearing, IT IS HEREBY ORDERED that within 14 days of this order,

20   respondent shall lodge all transcripts of the trial court proceedings in this matter.

21   Dated:  July 17, 2014

22                                            _____

                                             CAROLYN K. DELANEY
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26   1
     vell0460.trn
27

28