UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PALACIO VELLANOWETH,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM KNIPP,<br><br>Respondent. | No. 2:12-cv-0460 CKD P<br><br><br><br>ORDER |

The court has received correspondence from petitioner in which petitioner requests that the court hold an evidentiary hearing with respect to his petition for writ of habeas corpus which was denied three years ago. The request is denied as petitioner is represented by counsel; any requests for post-judgment relief should be made by counsel.

Dated: July 11, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vella0469.eh